[No. 66672-0-I.  Division One.  February 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER CHARLES LOY, *Appellant*.

*Affirmed* by unpublished per curiam opinion.

[No. 38707-7-II.  Division Two.  February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLEEN MULVIHILL EDWARDS, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 40283-1-II.  Division Two.  February 28, 2012.]

BARBARA THOMPSON, *Respondent*, v. TERRY L. WILSON, *Appellant*.

Appeal *dismissed* and attorney fees *denied* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40426-5-II.  Division Two.  February 28, 2012.]

MAYFIELD COVE ESTATES HOMEOWNERS ASSOCIATION, *Respondent*, v. JOHN J. HADALLER, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.